# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT MORRIS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 10-5431 |
| PHILADELPHIA HOUSING AUTHORITY, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, on this 28th day of April, 2011, upon careful consideration of Defendants' Motions to Dismiss (ECF Nos. 42-46, 53), and the parties' briefing, it is hereby ORDERED as follows:

1. Defendants' Motions are GRANTED in part, and DENIED in part, in accordance with the accompanying Memorandum.

2. Plaintiff Vincent Morris is granted leave to file an amended complaint within twenty-one (21) days of this Order to cure the deficiencies identified in the accompanying Memorandum.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

A:\Morris - MTD Order.wpd