IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT MORRIS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 10-5431 |
| PHILADELPHIA HOUSING AUTHORITY, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, on this 29th day of July, 2011, upon careful consideration of Defendants' Motions to Dismiss (ECF Nos. 59-62, 64), the parties' briefing, and oral argument, and Philadelphia Housing Authority's Motion to Modify Certain Exhibits Filed with Amended Complaint in Compliance with Local Rule 5.1.3 (ECF No. 63), it is hereby ORDERED as follows:

1. Defendants' Motions to Dismiss are GRANTED in accordance with the accompanying Memorandum.

2. Philadelphia Housing Authority's Motion to Modify is GRANTED.  Plaintiff is hereby directed to replace the current Exhibit D to his Amended Complaint with a new version redacting the financial account number, home address, and home phone number.  (ECF No. 58, Ex. D.)

3.      The Amended Complaint is dismissed with prejudice. The Clerk shall mark this matter as CLOSED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Todd\10-5431 Morris v. PHA et al\Morris - 2d MTD Order.wpd